# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 OCT 23  AM 9: 28

CLERK _____
SO. DIST. OF GA.

United States of America
v.
Andre Jermaine Mincey
aka, "Jumbo"

Case No:  4:10CR00159-14

USM No:  15657-021

Date of Original Judgment: March 30, 2011
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Steven L. Beauvais
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the Court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  125 months (65 months as to Count 1, plus 60 months consecutive as to Count 15)  **is reduced to**  112 months (52 months as to Count 1, plus 60 months consecutive as to Count 15) .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  March 30, 2011  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  10/23/15

*Judge's signature*

Effective Date:  November 1, 2015
*(if different from order date)*

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*